UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                       :

**ROY TAYLOR,**

                                        :        **ORDER**

                **Plaintiff,**

                                      :        07 Civ. 8838 (SAS)

 -against-

                                        :

**C.O. GRAY, et al.,**

                                        :

                **Defendants.**
------------------------------------------------------------X

**SHIRA A. SCHEINDLIN, U.S.D.J.**

      The Clerk of the Court is directed to reinstate the above-captioned cases to my active docket. The final pre-trial conference is scheduled for March 18, 2009, and will be held in Courtroom 15C. The parties are directed to promptly contact my Chambers in case of any discovery disputes.

                                                          SO ORDERED:

                                                          Shira.A. Scheindlin
                                                          U.S.D.J.

Dated:     New York, New York
                August 29, 2008

- Appearances -

**Plaintiff (Pro Se):**

Roy Taylor
# 349-06-15546
N.I.C.
15-00 Hazen Street
East Elmhurst, NY 11370

**For Defendant:**

Morgan D. Kunz
Assistant Corporation Counsel
100 Church Street, Room 3-195
New York, NY 10007
(212) 788-0422